# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0690.  LATONYA BURKS v. STEPHON BURKS.**

Stephon Burks filed a petition for contempt against his ex-wife, Latonya Burks, alleging that she had violated certain provisions of the parties' divorce decree.  The trial court entered an order finding Latonya Burks in contempt for failing to provide Stephon Burks with medical information concerning their minor child.  Latonya Burks then appealed directly to this Court.  We lack jurisdiction.

Where, as here, the underlying action involves rights and obligations arising out of a divorce decree, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005).  Appeals in such matters must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (2), (b); accord *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which child custody is not at issue must be brought by discretionary application).  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Latonya Burks's failure

to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  12/01/2017*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*